746

## Commonwealth ex rel. Wilson, Appellant, v. Cavell.

Submitted December 13, 1965. *Charles Wilson*, appellant, in propria persona; *Benjamin H. Renshaw, Jr.*, and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Wood, Appellant, v. Maroney.

Submitted December 13, 1965. *Jerry H. Wood*, appellant, in propria persona; *Ralph B. D'Iorio*, Assistant District Attorney, *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Wright, Appellant, v. Myers.

Submitted December 13, 1965. *Eugene Wright*, appellant, in propria persona; *Pasco L. Schiavo*, Assistant District Attorney, and *Thomas E. Mack*, District Attorney, for appellee.

Order affirmed.